**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-6730

_____

JOSHUA LATRON GALLISHAW,

Plaintiff – Appellant,

v.

OFFICER DELOACH; OFFICER WILLIAMSON; SGT HICKS; CAPT BEST;
WARDEN COHEN; MAJOR    NLN; SGT MARQUEZ; SGT HOUSEY; LT
HOUSEY; SCDC DIRECTOR, and other unknown John Does, Janes
Does, individual and official capacity,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Cameron McGowan Currie, District
Judge.  (9:11-cv-00404-CMC)

_____

Submitted:  June 14, 2012            Decided:  June 20, 2012

_____

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Joshua Latron Gallishaw, Appellant Pro Se. Samuel F. Arthur,
III, AIKEN, BRIDGES, NUNN, ELLIOTT & TYLER, PA, Florence, South
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Latron Gallishaw appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gallishaw v. Deloach, No. 9:11-cv-00404-CMC (D.S.C. Feb. 16 & Apr. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2